IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TACITUS HALL,
      Plaintiff,

v.                                                                         Civil No. 3:22cv457 (DJN)

VA ELECTRIC POWER COMPANY, *et al.*,
      Defendants.

## ORDER
### (Granting IFP, Directing Particularized Complaint and Ghostwriting Form)

This matter comes before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 1) and proposed Complaint (ECF No. 1-1). The Court finds Plaintiff qualified to proceed *in forma pauperis* and, therefore, the Court hereby provisionally GRANTS the Motion for Leave to Proceed *in forma pauperis*.

However, Plaintiff did not submit the Ghostwriting Form in accordance with Local Rule 83.1(M), which the Court requires to be filed with her submission stating that she did not receive assistance in preparing her proposed Complaint. Accordingly, the Court hereby ORDERS Plaintiff to file with the Court the Ghostwriting Form, no later than August 11, 2022. To that end, the Clerk is hereby DIRECTED to enclose a copy of the Ghostwriting Form with this Order when it is forwarded to Plaintiff. Because she is proceeding *pro se*, she must continue to include the Ghostwriting Form with every *pro se* submission

Additionally, the Court has reviewed the Complaint and finds that it does not satisfy Federal Rule of Civil Procedure 8, which requires a short and plain statement of the grounds for this Court's jurisdiction and a short and plain statement of the claims showing that a plaintiff is entitled to relief. Accordingly, it is hereby ORDERED that, no later than August 11, 2022,

Plaintiff shall file a particularized amended complaint that outlines in simple and straightforward terms why Plaintiff thinks that she is entitled to relief and why the Court has jurisdiction over this case, pursuant to Federal Rule of Civil Procedure 8(a)(1) and (2). The particularized amended complaint must be legible and preferably created using a word processing software program, such as Microsoft Word.

The particularized amended complaint SHALL COMPLY with the following directions:

1. The caption of the particularized amended complaint must identify it as the "Amended Complaint for Civil Action No. 3:22cv457."

2. The first paragraph of the particularized amended complaint must contain a list of the defendant(s). Thereafter, in the body of the particularized amended complaint, Plaintiff must set forth legibly, in separately numbered paragraphs, a short statement of the facts giving rise to her claims for relief. Thereafter, in separately captioned sections as "Count One," "Count Two," etc., Plaintiff must clearly identify each federal or state law allegedly violated. Under each section, Plaintiff must list each defendant purportedly liable under that legal theory and explain why she believes each defendant is liable to her. Such explanation should reference the specific numbered factual paragraphs in the body of the particularized amended complaint that support that assertion.

3. Plaintiff should also include the relief that she seeks. If she seeks money damages, Plaintiff should include the dollar amount of damages. If Plaintiff seeks injunctive relief, she should state what she would like the injunction to do.

4. The particularized amended complaint must stand or fall on its own accord. Plaintiff may not reference statements in the proposed Complaint (ECF No. 1-1).

5. The particularized amended complaint must omit any unnecessary incorporation of factual allegations for particular claims and any claim against any defendant that is not well-grounded in the law and fact. *See Sewraz v. Guice*, 2008 WL 3926443, at *2 (E.D. Va. Aug. 26, 2008).

Once filed, the particularized amended complaint will become the operative complaint in this case. Plaintiff is hereby ADVISED that, if she does not satisfy these requirements, the provisional grant of relief to proceed *in forma pauperis* will be withdrawn and the Motion for Leave to Proceed *in forma pauperis* will be denied.

The failure to strictly comply with the Court's directive and with applicable rules will result in DISMISSAL of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Let the Clerk file a copy of this Order electronically, notify all counsel of record and send a copy to Plaintiff at her address of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: July 14, 2022