Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

Richmond Division

FILED AUG 10 2022 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Estates for; Tacitus Hall et al
"Marion F. Hall, Wade Mitchell Askew & Clarence Howard";
Hall/Colling; Askew/Jones, Askew/Lovejoy, Hicks/
Hall/Askew; Howard/Jones : T. A. Hall/(Counsel)

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

see; VEPCO/VA Electric Power Company, Mev/U-Haul
DMV/Dept of Motor Vehicles & Great Deals Towing
City of Richmond, Counties of Henrico, Prince George,
Surry, Sussex, Better Housing Coalition, Lebanon Village
AAA, Ford, Chevrolet, et.,
Defendant(s)  Spring Brook, VA

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:22 cv 457
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Tacitus Hall et al / T A. Hall, Counsel
Address: 400 South Pine Street
Richmond, VA 23220
City / State / Zip Code

County:
Telephone Number: 804-234-6440
E-Mail Address: tacitushall@gmail.com

### B. The Defendant(s)

SCC's VEPCO documents lists attached

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: VEPCO aka VA Electric Power Company dba Dominion Power &/or Dominion Energy
Job or Title (if known): Electric Power Systems in Virginias
Address: 120 Tredegar Street / 600 East Canal Street
Richmond, VA 23219
City / State / Zip Code

County: Spring Grove, VA 23881 / Lebanon Village 1#36
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: DMV & Richmond, VA Central/Eastern VA areas
Job or Title (if known): Dept. of Motor Vehicles & City of Richmond
Address: 2300 West Broad St    Henrico, County
Richmond, VA 23269
City / State / Zip Code

County:
Telephone Number: 804-497-7100
E-Mail Address (if known): iftairp@dmv.gov.com

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
  Name: WAWA & Great Deals Towing / Box 6065
  Job or Title (if known): Gas & Food Stores    804-349-3972 ; RVA 23222
  Address: 1300 North Laburnum @ Creighton Rd
  Richmond / Henrico Inc.    VA    23223
  City    State    Zip Code
  County: Henrico
  Telephone Number: 804-225-8304
  E-Mail Address (if known):

  [ ] Individual capacity    [X] Official capacity

Defendant No. 4
  Name: VCU / U-Haul    OptaPharma; Griffols
  Job or Title (if known): College; Storage Units, Medical Services
  Address: 900 North Lombardy Street
  Richmond    VA    23220
  City    State    Zip Code
  County:
  Telephone Number: 804-358-4978
  E-Mail Address (if known):

  [ ] Individual capacity    [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Property Violations of Fraud/adhesion contracts upon 1910 Rose Ave/23222 Robotic Signature Fraud upon 905 Irby Drive/23225 after unsuccessful Non-Judicial Auction; Colonel Chastuse I. Howard; Rightful Mortgage Owner.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

for 1 VEPCO at least six felony charges/federal criminal actions against Natural Person T. A. Hall while living within Lincoln Mews facilities.

for 2 HUD Commissioner engaged Robotic Signature to demise 905 Irby Drive and/or Assistant Rightful Owner; Kevin Howard.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1. VEPCO's six federal felonies upon defendant Taitus Hall occurred on or about July 2-5 at Lincoln Manor Apartment 2017 or 2018. Please allow more time to research exact date(s)? Hall was Hospitalized also.

2. 905 Irby Drive Robotic Fraud Signature engaged same day as unsuccessful non-judicial auction. Please allow more time to render clarity for exact dates.

B. What date and approximate time did the events giving rise to your claim(s) occur? Please view State Corporation Commission Case # PUE-2011-0008/2 pages contain document numbers and dates filed, for VEPCO six felony convictions. Please allow Hall more time to acquire WAWA & Great Deals Towing Actions/Auctions?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Must acquire VEPCO transcripts!! for VEPCO claims; institutions maybe quite difficult to access information without court order. Please allow more time to render what is needed beyond existing requirements and mandates.

For U-Haul/VCU attachments can be provided within next 10 days. Nevertheless VCU allegations exceed their U-Haul partner's doings along with other State institutions violation's.

Please allow more time to present these multiple major clarities?

Hall [signature]

**IV.  Injuries** ; Vast an ongoing via property confiscations and rights violations

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Several major injuries to include McGuire Woods federal charges; must be Nestigated for accuracy. Willing diligence will engage within next 72 hours of this postal service delivery. As much is quite voluminous.

Ongoing adhesion cotracted practices continue

**V.  Relief** ; Equitable Relief Sought;

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

at least $3,000,000 each for VEPCO felonies falsely engaged.

at least $500,000 for each day falsely institutionalized via false accusations within State Maximum Security Facility "Central State."

Cost of confiscated vehicles over time varies. More time needed for accuracy.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 8, 2022

Signature of Plaintiff: Hall [signature]    1910 Rose Av 23222

Printed Name of Plaintiff: Tacitus Hall / Marion F. Hall & Naomi A. Hall

### B. For Attorneys

Kevin Howard / Colonel Clarence I. Howard
905 Irby Dr.    & Mary Jones 905 Irby Dr.
                Property.                   23225

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

_____ _____ _____
City            State           Zip Code

Telephone Number: _____

E-mail Address: _____