IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TACITUS HALL,
    Plaintiff,

v.                                      Civil No. 3:22cv457 (DJN)

VA ELECTRIC POWER COMPANY, *et al.*,
    Defendants.

## ORDER
### (Dismissing Case)

This matter comes before the Court on its own initiative.  On July 14, 2022, the Court

entered an Order (ECF No. 2) provisionally granting Plaintiff's motion to proceed *in forma*

*pauperis.*  However, the Court found Plaintiff's proposed Complaint (ECF No. 1-1) failed to

satisfy Federal Rule of Civil Procedure 8, requiring a short and plain statement of the grounds for

this Court's jurisdiction and the claims showing Plaintiff is entitled to relief.  (ECF No. 2 at 1.)

The Court ordered Plaintiff to file a particularized amended complaint no later than August 11,

2022, giving specific directions as to what it should contain.  (ECF No. 2 at 1–2.)  The Court

cautioned that a failure to strictly comply with the Court's directive and with applicable rules

would result in dismissal of this action for failure to prosecute under Federal Rule of Civil

Procedure 41(b), withdrawal of the provisional grant to proceed *in forma pauperis* and denial of

her Motion for Leave to Proceed *in forma pauperis.*  (ECF No. 2 at 2–3.)

On August 11, 2022, Plaintiff filed a second complaint that failed to comply with the

Court's directives. (ECF No. 3.)  Specifically, Plaintiff's complaint is not captioned as directed,

does not contain numbered paragraphs, does not enumerate claims for relief or the specific laws

allegedly violated and proves, at times, illegible.  Moreover, Plaintiff failed to attach a

Ghostwriting Certificate as required by Local Rule 83.1(M).  Additionally, Plaintiff sent a letter

to the Court on August 15, 2022 (ECF No. 4), but this letter also fails to comply with the Court's

directives.  Plaintiff's failure to file a particularized amended complaint demonstrates that she

cannot allege facts sufficient to cure the deficiencies previously identified in her proposed

complaint.

Accordingly, the Court hereby DISMISSES WITH PREJUDICE Plaintiff's proposed

complaint pursuant to Federal Rule of Civil Procedure 41(b), WITHDRAWS the provisional

grant of relief to proceed *in forma pauperis* and DENIES her Motion for Leave to Proceed *in

forma pauperis*.

The Court hereby notifies Plaintiff that should she wish to appeal this Memorandum

Order, written notice of the appeal must be filed within thirty (30) days of entry hereof.  Failure

to file a notice of appeal within the stated period may result in the loss of the right to appeal.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and send a copy to Plaintiff at her

address of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated:  August 22, 2022

2