FILED: October 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2006
(3:22-cv-00457-DJN)
_____

TACITUS ANASTACIUS HALL

    Plaintiff - Appellant

v.

VIRGINIA ELECTRIC & POWER COMPANY; VCU - U-HALL, Opta Parma, Griffals College; Storage Units, Midical Services; DMV; WAWA & GREAT DEALS TOWING/BOX 6065; ROZIER INVESTMENTS GREAT DEALS TOWING; CITY OF RICHMOND; HENRICO COUNTY; PRINCE GEORGE COUNTY; SURRY COUNTY; SUSSEX COUNTY; BETTER HOUSING CONDITION; LEBENON VILLAGE, a/k/a Ford, Chevrolet, ect

    Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK